IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-24 Erie |
| | ) |
| BARRY WAYNE LEWIS | ) |

**MOTION TO EXTEND THE TIME FOR THE**
**FILING OF PRETRIAL MOTIONS**

AND NOW, comes the defendant, BARRY WAYNE LEWIS, by his attorney, Thomas W. Patton, Assistant Federal Public Defender, and respectfully moves this Honorable Court for an Extension of Time to File Pretrial Motions, and in support thereof sets forth as follows:

1. The defendant, Barry Wayne Lewis, has been charged in a one-count indictment with violation of Title 18, U.S.C. §§ 922(g)(1) and 924(e); possession of a firearm by a convicted felon.

2. On or about May 27, 2005, an arraignment was held before United States District Magistrate Judge Susan Paradise Baxter.

3. Pursuant to an Order of Court dated June 30, 2005, certain types of pretrial motions are due on August 12, 2005.

4. Additional time is needed to complete counsel's investigation of the facts and law before informed decisions can be made concerning the filing of pretrial motions.

5. Accordingly, counsel requests an additional thirty (30) within which to file pretrial motions.

WHEREFORE, defendant, Barry Wayne Lewis, respectfully requests an extension of thirty (30) days to file pretrial motions.

                                       Respectfully submitted,

                                       <u>/s/ Thomas W. Patton</u>
                                       Thomas W. Patton
                                       Assistant Federal Public Defender
                                       PA ID #88653