```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      )
                              )
        v.                    ) Criminal No. 05-24 Erie
                              )
BARRY WAYNE LEWIS             )
```

## MOTION TO EXTEND THE TIME FOR THE
## FILING OF PRETRIAL MOTIONS

AND NOW, comes the defendant, BARRY WAYNE LEWIS, by his attorney, Thomas W. Patton, Assistant Federal Public Defender, and respectfully moves this Honorable Court for an Extension of Time to File Pretrial Motions, and in support thereof sets forth as follows:

    1.    The defendant, Barry Wayne Lewis, has been charged in a one-count indictment with violation of Title 18, U.S.C. §§ 922(g)(1) and 924(e); possession of a firearm by a convicted felon.

    2.    Pursuant to an Order of Court dated August 12, 2005, certain types of pretrial motions are due on September 12, 2005.

    3.    Counsel is in the process of preparing pretrial motions, however, is in need of additional time to complete and file the motions.

    4.    Accordingly, counsel requests an additional two (2) weeks within which to file pretrial motions.

WHEREFORE, defendant, Barry Wayne Lewis, respectfully requests an extension of two (2) weeks to file pretrial motions.

                              Respectfully submitted,

                              <u>/s/ Thomas W. Patton</u>
                              Thomas W. Patton
                              Assistant Federal Public Defender
                              PA ID #88653