IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | Criminal No. 05-24 ERIE |
| V ) | |
| ) | |
| BARRY WAYNE LEWIS ) | |
| Defendant. ) | |

## ORDER

AND NOW this 3rd day of October, 2005 upon consideration of the Motion to Suppress filed by the Defendant

IT IS HEREBY ORDERED that a **Motion Hearing** is scheduled for **October 18, 2005 at 9:00 a.m.,** before the Honorable Sean J. McLaughlin, in Courtroom C, United States Courthouse, 17 South Park Row, Erie, Pennsylvania.

 S/Sean J. McLaughlin
Sean J. McLaughlin
United States District Court

cc: All counsel of record  nmk