# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S.A. ) | |
| ) | |
| ) | |
| ) | |
| vs. ) | CRIMINAL NO. 05-24 ERIE |
| BARRY WAYNE LEWIS (1) ) | |
| ) | |
| ) | |
| Defendants ) | |

HEARING ON   MOTION TO SUPPRESS   10/25/05

Before   Honorable Sean J. McLaughlin

| Christine Sanner, A.U.S.A. | Thomas Patton, F.P.D.A. |
|---|---|
| Appear for Plaintiff | Appear for Defendant |
| Hearing Begun   10:01 a.m. - 11:50 a.m. | Hrg Adjourned to   12:50 p.m. |
| Hrg concluded C.A.V.   1:40 p.m. | Stenographer   Ronald Bench |

**WITNESSES**

| For Plaintiff | For Defendant |
|---|---|
| Keith Sorenson | Deft. Exhibit A Map |
| Govt. Exhibit 1 Rifle   (picture) | |
| Brian Gulmac | |

Motion to Suppress taken under advisement