CR05-24E



Governments
Exhibit
1