IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-24 E |
| | ) | |
| BARRY WAYNE LEWIS | ) | |

## ORDER OF COURT

AND NOW, upon consideration of the defendant's Motion to Continue Trial, it is hereby ORDERED that the motion is GRANTED: the trial in this case shall take place on _____, 2006 at _____ am/pm.

_____
HONORABLE SEAN J. McLAUGHLIN
United States District Judge

cc:   Thomas W. Patton, AFPD
      Christine A. Sanner, AUSA