IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 05-24 E |
| | ) | |
| BARRY WAYNE LEWIS | ) | |

### ORDER OF COURT

AND NOW, upon consideration of the defendant's Motion to Continue Trial, it is hereby ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the extended time period within which the trial may be held shall be excluded under Title 18 U.S.C. § 3161 (h)(8)(A), since the Court finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial; where failure to grant such a continuance would be likely to result in a miscarriage of justice pursuant to Title 18 U.S.C. § (h)(8)(B)(i); and would unreasonably deny counsel the reasonable time necessary for effective preparation, pursuant to Title 18 U.S.C. § (h)(8)(B)(iv).

IT IS FURTHER ORDERED that the above-captioned case is rescheduled for a Jury Selection and Trial, before the Honorable Sean J. McLaughlin, on _January 23_, 2006 at _9:00_ am/pm.

HONORABLE SEAN J. McLAUGHLIN
United States District Judge

cc:    Thomas W. Patton, AFPD
       Christine A. Sanner, AUSA