## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| v. ) | |
| ) | Criminal Action No. 05-24 Erie |
| ) | |
| BARRY WAYNE LEWIS, ) | |
| ) | |
| Defendant. ) | |

### ORDER

AND NOW, this 27th day of December, 2005, IT IS HEREBY ORDERED that a change of plea is scheduled before the undersigned on **Friday, January 20, 2006 at 9:30 a.m.** in Courtroom C, U.S. Courthouse and Post Office, 17 South Park Row, Erie, Pennsylvania.

                                                  s/ Sean J. McLaughlin
                                                  United States District Judge

cc:    All parties of record.
       U.S. Marshal Service
       Probation