IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA      )
                                          )
        v.                         ) Criminal No. 05-24 Erie
                                          )
BARRY WAYNE LEWIS           )

## **ORDER**

AND NOW, upon consideration of the foregoing defendant's motion to expedite

competency evaluation.  The motion is hereby **GRANTED**.  The United States Marshals Service

is directed to immediately confer with the Bureau of Prisons to determine the location of the

psychological examination and to immediately transport Mr. Lewis to that location.


_____
SEAN J. McLAUGHLIN
UNITED STATES DISTRICT JUDGE