

**U.S. Department of Justice**

Federal Bureau of Prisons

Office of the Warden

Metropolitan Correctional Center
150 Park Row
New York, New York 10007
(646) 836-6335, (646) 836-7712 (Fax)

April 3, 2006

Honorable Sean J. McLaughlin
U.S. District Judge, U.S. District Court
17 South Park Row
Erie, PA 16501

**Re:    BARRY LEWIS**
**REGISTER NUMBER: 20246-068**
**CRIMINAL NUMBER: 05-24 Erie**

Dear Judge McLaughlin:

We are in receipt of your Court Order pursuant to Title 18, United States Code, Section 4241 dated February 23, 2006 in the case of Mr. Barry Lewis.

Mr. Lewis was designated at the Metropolitan Correctional Center, New York on March 28, 2006. In order to provide the Court with a comprehensive and thorough report, we generally ask for 30 days from the date of arrival, which would conclude on April 28, 2006.

If the Court requires an expedited evaluation, we will make every effort to accommodate. Thank you for your consideration in this matter.

Sincerely,

Marvin D. Morrison
Warden

MDM/WR/jd

# UNITED STATES DISTRICT COURT

### WESTERN DISTRICT OF PENNSYLVANIA
### U.S. COURTHOUSE
### ROOM A250
### 17 SOUTH PARK ROW
### ERIE, PENNSYLVANIA 16501

SEAN J. McLAUGHLIN
U.S. DISTRICT JUDGE

TELEPHONE
814-464-9610

April 6, 2006

Marvin D. Morrison, Warden
U.S. Department of Justice
Federal Bureau of Prisons
Office of the Warden
Metropolitan Correctional Center
150 Park Row
New York, NY 10007

**Re:    BARRY LEWIS**
**REGISTER NUMBER: 20246-068**
**CRIMINAL NUMBER: 05-24 Erie**

Dear Mr. Morrison:

I am in receipt of your correspondence of April 3, 2006. Please be advised that an expedited evaluation in this case would be most helpful.

If you have any questions, please do not hesitate to contact my chambers. I thank you in advance for your attention to this matter.

Sincerely,

Sean J. McLaughlin
United States District Judge

cc: file
    All counsel of record
    U.S. Marshal Service
    U.S. Pretrial/Probation Service

SJM/nmk