# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

__United States of America__
Plaintiff

vs.   No. Criminal No 05-24E

__Barry Wayne Lewis__
Defendant

HEARING ON __Competency__

Held on __Friday, May 26, 2006__

Before Judge __Sean J. McLaughlin__

__Christine Sanner, AUSA__          __Thomas W. Patton, PDA__

Appear for Plaintiff          Appear for Defendant

Hearing begun __10:27 am__       Hearing adjourned to __10:41 am__

Hearing concluded C.A.V. _____       Stenographer __Ron Bench__

Clerk __Nicole Kierzek__

WITNESSES:

For Plaintiff          For Defendant

Mental health evaluation admitted as part of record - attached.
Δ to be placed in custody of US Atty for 4 months. ~~[illegible]~~
Order to follow.