IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-24 Erie |
| | ) |
| BARRY WAYNE LEWIS | ) |

## ORDER

The defendant's Motion to Dismiss Indictment With Prejudice For Speedy Trial Violation is hereby **GRANTED**. The indictment in this case is hereby dismissed with prejudice pursuant to 18 U.S.C. § 3162(a)(2).

_____
SEAN J. McLAUGHLIN
UNITED STATES DISTRICT JUDGE