## Procedural History Summary
## Appendix B

| Date | Action | Exclusions |
| --- | --- | --- |
| 05/27/05 | Arraignment | |
| 06/06/05 | Defendant Filed Sealed Pretrial Motions | 18 U.S.C. § 3161(h)(1)(F) |
| 06/13/05 | Motion to extend time for pretrial motions | 18 U.S.C. § 3161(h)(1)(F) |
| 06/15/05 | Order granting extension until 7/13/05 | 18 U.S.C. § 3161(h)(1)(F) |
| 08/12/05 | Second Motion to extend time for pretrial motions; Order granting extension until 9/12/05 | 18 U.S.C. § 3161(h)(1)(F) |
| 09/12/05 | Third Motion to extend time for pretrial motions; Order granting extension until 9/26/05 | 18 U.S.C. § 3161(h)(1)(F) |
| 09/20/05 | Defendant filed Motion to Suppress | 18 U.S.C. § 3161(h)(1)(F) |
| 10/25/05 | Suppression Hearing | 18 U.S.C. § 3161(h)(1)(F) |
| 11/18/05 | Motion to Continue Trial; Order granting continuance until 01/23/06 | 18 U.S.C. § 3161(h)(1)(F) |
| 12/27/05 | Change of Plea Hearing scheduled for 1/20/06 | 18 U.S.C. § 3161(h)(1)(F) |
| 01/19/06 | Motion for Competency Determination; Order granting competency evaluation | 18 U.S.C. § 3161(h)(1)(A) and (F) |
| 02/23/06 | Certified, raised seal copy of 1/19/06 Order obtained by the Marshals | 18 U.S.C. § 3161(h)(1)(A) and (F) |
| 03/03/06 | Letter with certified 1/19/06 Order sent from Pgh Marshals to BOP requesting designation | 18 U.S.C. § 3161(h)(1)(A) and (F) |
| 03/16/06 | Order to designate and transport defendant | 18 U.S.C. § 3161(h)(1)(A) and (F) |
| 03/17/06 | BOP designates defendant to Metro Correctional Center in New York | 18 U.S.C. § 3161(h)(1)(A) and (F) |
| 03/20/06 | JPATS received movement request from Pittsburgh Marshal's Office | 18 U.S.C. § 3161(h)(1)(A) and (F) |
| 03/21/06 | Defendant transported from Erie to Pittsburgh; Defendant airlifted from Pittsburgh to Oklahoma | 18 U.S.C. § 3161(h)(1)(A) and (F) |
| 03/28/06 | Defendant airlifted from Oklahoma to New York; Defendant arrives at Metro Correctional Center | 18 U.S.C. § 3161(h)(1)(A) and (F) |

| Date | Action | Exclusions |
|---|---|---|
| 04/27/06 | Competency Evaluation Complete | 18 U.S.C. § 3161(h)(1)(A) and (F) |
| 05/05/06 | JPATS received movement request from New York Marshal's Office | 18 U.S.C. § 3161(h)(1)(A) and (F) |
| 05/10/06 | Defendant airlifted from New York to Oklahoma | 18 U.S.C. § 3161(h)(1)(A) and (F) |
| 05/11/06 | Date of Competency Evaluation Report | 18 U.S.C. § 3161(h)(1)(A) and (F) |
| 05/16/06 | Defendant airlifted from Oklahoma to Pittsburgh | 18 U.S.C. § 3161(h)(1)(A) and (F) |
| 05/18/06 | Defendant arrived at ECP | 18 U.S.C. § 3161(h)(1)(A) and (F) |
| 05/26/06 | Competency Hearing; Order directing Defendant to treatment facility | 18 U.S.C. § 3161(h)(1)(A), (F), and (h)(4) |
| 06/08/06 | BOP designated defendant to Springfield, Missouri | 18 U.S.C. § 3161(h)(1)(A), (F), and (h)(4) |
| 06/14/06 | JPATS received movement request from Marshal | 18 U.S.C. § 3161(h)(1)(A), (F), and (h)(4) |
| 06/15/06 | Defendant transported from ECP to ACJ | 18 U.S.C. § 3161(h)(1)(A), (F), and (h)(4) |
| 06/20/06 | Defendant airlifted from Pittsburgh to Oklahoma | 18 U.S.C. § 3161(h)(1)(A), (F), and (h)(4) |
| 06/22/06 | Defendant transported via bus from Oklahoma to Missouri; Defendant arrives at treatment facility | 18 U.S.C. § 3161(h)(1)(A), (F), and (h)(4) |
| 11/09/06 | BOP notified Marshals that defendant ready to return | 18 U.S.C. § 3161(h)(1)(A), (F), and (h)(4) |
| 11/15/06 | Warden certified that defendant is competent | 18 U.S.C. § 3161(h)(1)(A), (F), and (h)(4) |
| 11/17/06 | Date of letter certifying competency | 18 U.S.C. § 3161(h)(1)(A), (F), and (h)(4) |
| 11/21/06 | Date of receipt of letter certifying competency | 18 U.S.C. § 3161(h)(1)(A), (F), and (h)(4) |

| Date | Action | Exclusions |
|---|---|---|
| 11/28/06 | JPATS received move request from Erie Marshals | 18 U.S.C. § 3161(h)(1)(A), (F), and (h)(4) |
| 12/06/06 | Defendant transported via bus from Missouri to Oklahoma | 18 U.S.C. § 3161(h)(1)(A), (F), and (h)(4) |
| 12/12/06 | Defendant airlifted from Oklahoma to Pittsburgh | 18 U.S.C. § 3161(h)(1)(A), (F), and (h)(4) |
| 12/20/06 | Defendant transported from ACJ to ECP | 18 U.S.C. § 3161(h)(1)(A), (F), and (h)(4) |
| 01/26/07 | Defendant's Motion to Dismiss Indictment | 18 U.S.C. § 3161(h)(1)(A), (F), and (h)(4) |
| 01/29/07 | Competency Hearing; Defendant Found Competent | 18 U.S.C. § 3161(h)(1)(F) |