# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States of America )
)
)
)
vs. ) No. Criminal No. 05-24E
)
Barry Wayne Lewis )
)
Defendant )

HEARING ON Change of Plea

Before Judge Sean J. McLaughlin

Christine A Sanner, AUSA        Thomas W. Patton, FPDA

_____    Appear for Defendant

Held on: 3-23-07
Hearing began 1:26 pm        Hearing adjourned to 1:55 pm

Hearing concluded C.A.V. _____    Stenographer B. Bench
                                     Deputy: M. Kienzek

WITNESSES:

For Plaintiff        For Defendant

Δ Sworn; Δ found Competent; Δ pleads guilty to Count One (1);
Government Exhibit 1 - admitted and attached (Plea Agreement)
Δ to be Sentenced on July 9, 2007 @ 10 am Notice to follow