IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CRIMINAL NO. 05-24 ERIE |
| | ) | |
| BARRY WAYNE LEWIS, | ) | |
| Defendant. | ) | |

## PLEA

AND NOW, the defendant, **BARRY WAYNE LEWIS,** in the above entitled case hereby, withdraws the plea of NOT GUILTY, entered May 27, 2005, and now pleads GUILTY to Count(s) One (1), in open Court this 23rd day of ~~May,~~ March, 2007

_____
Barry Wayne Lewis, Defendant

_____
Thomas W. Patton, Attorney for Defendant