IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-24 Erie |
| | ) |
| BARRY WAYNE LEWIS | ) |

**MOTION TO CONTINUE SENTENCING HEARING**

AND NOW, comes the defendant, BARRY WAYNE LEWIS, by his attorney, Thomas W. Patton, Assistant Federal Public Defender, and respectfully moves this Honorable Court for a continuance of the sentencing hearing, and in support thereof sets forth as follows:

1. The defendant, Barry Wayne Lewis, pled guilty to a violation of Title 18, U.S.C. §§ 922(g)(1) and 924(e); possession of a firearm by a convicted felon.

2. A sentencing hearing is currently scheduled for July 9, 2007 at 10:00 a.m.

3. Defense counsel is scheduled to be out of the office during the week of July 9 through July 13, 2007 on a family vacation.

4. Defense counsel respectfully requests that the sentencing hearing be rescheduled to the week of July 16, 2007 or thereafter.

WHEREFORE, defendant, Barry Wayne Lewis, respectfully requests that the sentencing hearing be rescheduled to the week of July 16, 2007 or thereafter.

Respectfully submitted,

/s/ Thomas W. Patton
Thomas W. Patton
Assistant Federal Public Defender
PA ID #88653