```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      )
                              )
          v.                  ) Criminal No. 05-24 Erie
                              )
BARRY WAYNE LEWIS             )
```

## ORDER OF COURT

AND NOW, to-wit, this ____ day of May, 2007, upon consideration of the within Motion to Continue Sentencing Hearing, it is hereby ORDERED, ADJUDGED and DECREED that said motion is hereby GRANTED.

Sentencing in this matter is rescheduled for _____, 2007 at _____ o'clock am/pm.

```
                         _____
                         SEAN J. McLAUGHLIN
                         United States District Judge
```