IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-24 Erie |
| | ) |
| BARRY WAYNE LEWIS | ) |

**ORDER OF COURT**

AND NOW, to-wit, this 25th day of May, 2007, upon consideration of the within Motion to Continue Sentencing Hearing, it is hereby ORDERED, ADJUDGED and DECREED that said motion is hereby GRANTED.

Sentencing in this matter is rescheduled for July 17, 2007 at 10 o'clock am/pm.

SEAN J. McLAUGHLIN
United States District Judge