10-3-90

## Cuyahoga County Common Pleas

| THE STATE OF OHIO vs. | A TRUE BILL INDICTMENT FOR |
|---|---|
| BARRY LEWIS<br>ALLEN J. KVET | AGGRAVATED BURGLARY R.C. 2911.11<br>WITH VIOLENCE SPECIFICATION |

| DATE OF OFFENSE | THE TERM OF | CASE NO. |
|---|---|---|
| July 9, 1990 | SEPTEMBER OF 1990 | CR 255224 |

**The State of Ohio,** }
CUYAHOGA COUNTY } ss.

The Jurors of the Grand Jury of the State of Ohio, within and for the body of the County aforesaid, on their oaths, IN THE NAME AND BY THE AUTHORITY OF THE STATE OF OHIO, Do find and present, that the above named Defendant(s), on or about the date of the offense set forth above, in the County of Cuyahoga, unlawfully by force, stealth, or deception, trespassed in an occupied structure as defined in Section 2909.01 of the Revised Code, or in a separately secured or separately occupied portion thereof, with the purpose to commit therein a theft offense as defined in Section 2913.01 of the Revised Code, or a felony, and the occupied structure involved is the permanent or temporary habitation of Adelbert Cross in which at the time any person was present or likely to be present.

SPECIFICATION ONE　　　　　　(Violence)

The Grand Jurors further find and specify that the offender has previously been convicted of an offense of violence, to-wit: the said Barry Lewis, with counsel, on or about the second day of July, 1981, in the Cuyahoga County Court of Common Pleas, Case Number CR 169043, having been convicted of the crime of Abduction, in violation of Revised Code Section 2905.02 of the State of Ohio.

RECEIVED FOR FILING
OCT 2 1990
GERALD E. FUERST, CLERK
BY _____ D.C.

contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.

_____　　　　　_____
Foreman of the Grand Jury　　　　　　　Prosecuting Attorney

INDICTMENT ORIGINAL