STATE OF OHIO, } SS.  IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY

JANUARY TERM, 19 91

TO-WIT: FEBRUARY 12, 19 91

STATE OF OHIO          PLAINTIFF     NO. CR-255224

vs.                                  INDICTMENT  AGGR BURGLARY W/SPECS

BARRY LEWIS

DEFENDANT

## JOURNAL ENTRY

NOW COMES THE PROSECUTING ATTORNEY ON BEHALF OF THE STATE OF OHIO AND THE DEFENDANT, BARRY LEWIS, IN OPEN COURT WITH HIS/HER COUNSEL PRESENT AND WAS FULLY ADVISED OF HIS/HER CONSTITUTIONAL RIGHTS.
PROSECUTION'S MOTION TO AMEND INDICTMENT TO READ "BURGLARY" IS GRANTED.
THEREUPON, SAID DEFENDANT RETRACTS HIS/HER FORMER PLEA OF NOT GUILTY HERETOFORE ENTERED, AND FOR PLEA TO SAID INDICTMENT SAYS HE/SHE IS GUILTY OF BURGLARY, RC 2911.12, AS CHARGED IN THE AMENDED INDICTMENT, WHICH PLEA/PLEAS, ON THE RECOMMENDATION OF THE PROSECUTING ATTORNEY IS/ARE ACCEPTED BY THE COURT.
IT IS FURTHER ORDERED THAT SAID DEFENDANT BE REFERRED TO THE PROBATION DEPARTMENT FOR PRE-SENTENCE INVESTIGATION AND REPORT.
DEFENDANT'S ORIGINAL BOND CONTINUED.

RECEIVED FOR FILING

FEB 22 1991

GERALD E. FUERST
BY _____ DEP.

JUDGE _____
FRANK J. GORMAN

BC  02/12/91 15:12

VOL 997 PG 961

COPIES SENT TO:
☐ Sheriff _____     ☐ Other _____
☐ Defendant _____

THE STATE OF OHIO } SS.  I, GERALD E. FUERST, CLERK OF
Cuyahoga County         THE COURT OF COMMON PLEAS
                        WITHIN AND FOR SAID COUNTY.
HEREBY CERTIFY THAT THE ABOVE AND FOREGOING IS TRULY TAKEN AND COPIED FROM THE ORIGINAL _____ NOW ON FILE IN MY OFFICE.
WITNESS MY HAND AND SEAL OF SAID COURT THIS 3rd DAY OF May, A.D. 20 05
GERALD E. FUERST, Clerk
By _____ Deputy