STATE OF OHIO,  } SS.     IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY

JANUARY TERM, 19 91

TO-WIT: MARCH 14, 19 91
NO. CR-255224

STATE OF OHIO      PLAINTIFF
    vs.                            INDICTMENT  AGGR BURGLARY W/SPECS
BARRY LEWIS
                   DEFENDANT

## JOURNAL ENTRY

THE DEFENDANT HEREIN HAVING, ON A FORMER DAY OF COURT ENTERED A PLEA OF GUILTY TO BURGLARY, RC 2911.12, AS CHARGED IN THE AMENDED INDICTMENT, WAS THIS DAY IN OPEN COURT WITH HIS/HER COUNSEL PRESENT.

THEREUPON, THE COURT INQUIRED OF THE SAID DEFENDANT IF HE/SHE HAD ANYTHING TO SAY WHY JUDGMENT SHOULD NOT BE PRONOUNCED AGAINST HIM/HER; AND HAVING NOTHING BUT WHAT HE/SHE HAD ALREADY SAID AND SHOWING NO GOOD AND SUFFICIENT CAUSE WHY JUDGMENT SHOULD NOT BE PRONOUNCED.

IT IS THEREFORE, ORDERED AND ADJUDGED BY THE COURT THAT SAID DEFENDANT, BARRY LEWIS, BE IMPRISONED AND CONFINED IN THE LORAIN CORRECTIONAL INSTITUTION FOR A TERM OF THREE (3) YEARS TO FIFTEEN (15) YEARS AND PAY THE COST OF THIS PROSECUTION FOR WHICH EXECUTION IS AWARDED.

EXECUTION OF SENTENCE SUSPENDED. DEFENDANT TO SERVE THREE (3) YEARS PROBATION SUPERVISED BY THE ALCOHOL AND DRUG DEPENDENCY UNIT; SUBMIT TO RANDOM URINALYSIS; ATTEND 3 ALCOHOLICS ANONYMOUS MEETINGS PER WEEK; OBTAIN G. E. D. AND PAY COURT COSTS.

RECEIVED FOR FILING
MAR 27 1991
GERALD E. FUERST, CLERK
BY _____ DEP.

JUDGE A. Calabrese Jr.
FRANK J GORMAN

RC  03/15/91  09:07              VOL 1006 PG 141

COPIES SENT TO:
☒ Sheriff
☐ Defendant                      ☐ Other

THE STATE OF OHIO  } SS.   I, GERALD E. FUERST, CLERK OF
Cuyahoga County            THE COURT OF COMMON PLEAS
                           WITHIN AND FOR SAID COUNTY,
HEREBY CERTIFY THAT THE ABOVE AND FOREGOING IS TRULY TAKEN AND COPIED FROM THE ORIGINAL NOW ON FILE IN MY OFFICE. WITNESS MY HAND AND SEAL OF SAID COURT THIS ___ DAY OF _____ A.D. 20 05
GERALD E. FUERST, Clerk
By _____ Deputy