OH ST S 2911.12   Page 1
R.C. § 2911.12
C

BALDWIN'S OHIO REVISED CODE ANNOTATED
APPENDIX TO TITLE XXIX CRIMES--PROCEDURE (LAW EFFECTIVE PRIOR TO JULY 1, 1996)
CHAPTER 2911. ROBBERY, BURGLARY, AND TRESPASS
BURGLARY
2911.12 Burglary

(A) No person, by force, stealth, or deception, shall do any of the following:

(1) Trespass in an occupied structure or in a separately secured or separately occupied portion thereof, with purpose to commit therein any theft offense or any felony;

(2) Trespass in a permanent or temporary habitation of any person when any person is present or likely to be present, with purpose to commit in the habitation any misdemeanor that is not a theft offense;

(3) Trespass in a permanent or temporary habitation of any person when any person is present or likely to be present.

(B) As used in this section:

(1) "Occupied structure" has the same meaning as in section 2909.01 of the Revised Code.

(2) "Theft offense" has the same meaning as in section 2913.01 of the Revised Code.

(C) Whoever violates this section is guilty of burglary. A violation of division (A)(1) of this section is an aggravated felony of the second degree. A violation of division (A)(2) of this section is a felony of the third degree. A violation of division (A)(3) of this section is a felony of the fourth degree.

(1990 H 837, eff. 7-3-90; 1982 H 269, § 4, S 199; 1972 H 511)

<General Materials (GM) - References, Annotations, or Tables>

R.C. § 2911.12, OH ST § 2911.12

Current through 1995 File 49 of the 121st GA (1995-1996) apv. 8/10/95

Copr. © 2005 Thomson/West.

END OF DOCUMENT

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.