MEMORANDUM OF NON-JURY TRIAL

# United States District Court
## For the Western District of Pennsylvania

U.S.A.

_____ Plaintiffs,

Vs.

Barry Wayne Lewis

_____ Defendants.

Case No. CR 05-24 E

HEARING ON **Sentencing**

Before Judge **Sean J McLaughlin**

Held on **9-14-07**

Christine Sanner AUSA     Thomas Patton, PDA

Appear for Plaintiff     Appear for Defendant

Hearing begun **9:30 am**     Hearing adjourned to **11:40 am**

Hearing concluded C.A.V. _____     Stenographer **B Bench**

Clerk **M Kierzyu**

WITNESSES:

57 months imprisonment; 3 years supervised release; $100 special assessment; fine waived.