```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA      )
                              )
          v.                  )    Criminal No. 05-24 E
                              )
BARRY WAYNE LEWIS             )
```

## ORDER OF COURT

AND NOW, to-wit, this _____ day of _____, 2007, upon consideration of the foregoing Motion to Extend Time to File Notice of Appeal, it is hereby ORDERED, ADJUDGED AND DECREED that the motion is GRANTED.

The time for Mr. Lewis to file a notice of appeal is extended for thirty (30) days.  The deadline to file a notice of appeal is November 1, 2007.

```
                         _____
                         Sean J. McLaughlin
                         United States District Judge
```