IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-24 E |
| | ) | |
| BARRY WAYNE LEWIS | ) | |

**ORDER OF COURT**

AND NOW, to-wit, this 2nd day of October, 2007, upon consideration of the foregoing Motion to Extend Time to File Notice of Appeal, it is hereby ORDERED, ADJUDGED AND DECREED that the motion is GRANTED.

The time for Mr. Lewis to file a notice of appeal is extended for thirty (30) days. The deadline to file a notice of appeal is November 1, 2007.

Sean J. McLaughlin
United States District Judge