IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-24E |
| | ) | |
| BARRY WAYNE LEWIS | ) | Honorable Sean J. McLaughlin |
| | ) | |
| | ) | ELECTRONICALLY FILED |
| Defendant. | ) | |

TO:   Clerk of Court
      United States District Court
      Western District of Pennsylvania

And now comes Robert L. Eberhardt, Assistant United States Attorney for the Western District of Pennsylvania, and respectfully enters his appearance for the United States of America in the above-captioned case.

Dated:   October 16, 2007

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney

S/Robert L. Eberhardt
ROBERT L. EBERHARDT
Assistant U.S. Attorney
Western District of Pennsylvania
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
412-894-7353
PA ID. No. 10325