```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-24E |
| | ) | |
| BARRY WAYNE LEWIS | ) | Honorable Sean J. McLaughlin |
| | ) | |
| | ) | ELECTRONICALLY FILED |
| Defendant. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America hereby appeals to the United States Court of Appeals for the Third Circuit from the Judgment of Sentence of the District Court entered September 18, 2007(docket 54) in the above-captioned case.

Dated:   October 16, 2007

                           Respectfully submitted,

                           MARY BETH BUCHANAN
                           United States Attorney


                           S/Robert L. Eberhardt
                           ROBERT L. EBERHARDT
                           Assistant U.S. Attorney
                           Western District of Pennsylvania
                           700 Grant Street, Suite 4000
                           Pittsburgh, PA 15219
                           412-894-7353
                           PA ID. No. 10325