```
        UNITED STATES
        DISTRICT COURT
     WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

     # 08000207  -  DM
         March 26, 2008


     Code    Case #    Qty       Amount

     IND FELO 05-24 E            100.00 CA


     TOTAL→                      100.00


     FROM: DIANE SUMROW FOR:
           BARRY LEWIS
```