IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

SCANNED

| United States of America | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Criminal Number 05-24E |
| | ) | |
| BARRY LEWIS | ) | |

The above named defendant satisfied the judgment of SEPTEMBER 14, 2007 by paying on MARCH 26, 2008 the full balance due on his/her court ordered:

    __X__ Assessment
    _____ Fine
    _____ Costs
    _____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____    4-8-08
Deputy Clerk                                                    Date